■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID FIELDS, Appellant. [880 NYS2d 482]—Judgment, Supreme Court, New York County (John Cataldo, J., at plea; Laura A. Ward, J., at sentence), rendered June 27, 2008, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing him to a term of $4^1/_2$ to 9 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a term of 3 to 6 years, and otherwise affirmed.

The record does not establish a valid waiver of defendant's right to appeal. There was no oral discussion of such a waiver, and, unlike the written waiver upheld in *People v Ramos* (7 NY3d 737 [2006]), the reference to a waiver contained in defendant's written plea agreement was entirely perfunctory.

We find the sentence excessive to the extent indicated. Concur—Andrias, J.P., Catterson, Renwick, DeGrasse and Freedman, JJ.

■ COMMUNITY NETWORK SERVICE, INC., Appellant, v VERIZON NEW YORK, INC., Respondent. [880 NYS2d 483]—Order, Supreme Court, New York County (Ira Gammerman, J.H.O.), entered November 17, 2008, which denied plaintiff's motion to vacate the judgment, same court and J.H.O., entered September 26, 2007, dismissing the action with prejudice for failure to proceed to trial, unanimously affirmed, with costs.

We reject plaintiff's argument that the trial court's assertedly erroneous oral, in limine ruling limiting plaintiff's proof of damages gave it a reasonable excuse for refusing to proceed to trial (*see* 48 AD3d 249 [2008]). A litigation strategy cannot be a reasonable excuse for a default (*cf. Manhattan Vermeer Co. v Guterman*, 179 AD2d 561 [1992]). Plaintiff's remedy was not to defy the court's order to proceed, but to make an offer of proof, concede that it has no case, and then appeal the in limine ruling as part of an appeal from the final judgment.

Absent a reasonable excuse we need not consider the merits of the action. Concur—Andrias, J.P., Catterson, Renwick, DeGrasse and Freedman, JJ.